

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 15-281 |
| v. | * | SECTION: B |
| ENERGY RESOURCE TECHNOLOGY GOM, LLC | * | |

## FACTUAL BASIS

The United States, represented by the United States Attorney's Office for the Eastern District of Louisiana, and the defendant, **ENERGY RESOURCE TECHNOLOGY GOM, LLC (ERT)**, hereby agree that this Factual Basis is a true and accurate statement of the Defendant's criminal conduct, that it provides a sufficient basis for the Defendant's plea of guilt to the charges contained in the Bill of Information in the above-captioned matter, and had this matter proceeded to trial, the following facts would be established beyond a reasonable doubt through competent evidence and testimony:

**ERT** operates a number oil and gas production platforms in the Gulf of Mexico. One of the offshore oil and gas production facilities operated by **ERT** is located at Ship Shoal 225E[1] which is erected on a federal mineral lease at 28 degrees north latitude and 91 degrees west longitude in the Gulf of Mexico, 74 miles from Port Fourchon in the territorial jurisdiction of the Eastern District of Louisiana. This federal mineral lease and all production activities conducted within it are administered by the Bureau of Safety and Environmental Enforcement ("BSEE") office located in New Orleans, Louisiana, within the jurisdiction of the Eastern District of Louisiana.

---

[1] Ship Shoal 225 is composed of two structures—SS 225E and SS 225B—which are connected by a 150-foot bridge. Unless otherwise stated, "Ship Shoal 225" is meant to refer to both structures.

On or about November 26, 2012, production and well workover operations were being conducted on the platform at Ship Shoal 225E. The operations required hot work and blowout preventer system testing. Hot work and blowout preventer system testing are governed by regulations to ensure the safety of human health and the environment.

Hot work, which includes welding and activities that are capable of producing a spark, on an oil production facility is a hazardous activity that is capable of causing death or serious injury if done without due care and adherence to safety procedures and regulations. Title 30, Code of Federal Regulations, 250.113(c)(4), states that welding may not take place within 10 feet of a wellbay unless you have shut in all producing wells in that wellbay. The hot work performed on Ship Shoal 225E on November 26, 2012, was within 10 feet of a wellbay with a producing well.

A blowout preventer system is designed to ensure well control and prevent potential release of oil and gas and possible loss of well control. According to the Code of Federal Regulations, the blowout preventer system must be pressure tested at regular intervals, and the entire system must pass the pressure tests prior to resuming normal operations.  According to Title 30, Code of Federal Regulations 250.617, the results of the pressure testing, including any problems or irregularities observed during the testing and the actions taken to remedy the problems, must be recorded.  The blowout preventer test record and pressure chart must be signed and dated by the onsite representative as correct.  The blowout preventer pressure chart and operations log are required to be maintained on the platform and available for inspection by BSEE.

On the evening of November 26, 2012, there was an **ERT** on-site contractor representative supervising operations on SS 225. That evening, contract workers used a torch to cut bolts off a well head that was less than 10 feet from the wellbay with a producing well.

Without taking steps to have the well shut-in, the contract representative directed the contract workers to move forward with the hot work in violation of the regulation prohibiting hot work within 10 feet of a wellbay with a producing well.

The same contract representative also knowingly violated the regulations for blowout preventer testing. On November 27, 2012, under another **ERT** on-site representative's watch, the blowout preventer pressure system was tested related to the coiled tubing system. According to the pressure test chart, only 6 of the 7 required components were tested. The chart showed pressure testing failures that required the workers on the platform to re-test the blowout preventer system. However, at the conclusion of the testing, the blowout preventer chart was not approved for accuracy by the **ERT** on-site representative on duty nor did the workers re-test the system. Then, on or about November 29, 2012, inspectors with BSEE came onboard the platform at Ship Shoal 225 for a routine inspection and requested blowout preventer testing records. **ERT** could not produce an acceptable pressure test chart because of the deficiencies in the November 27, 2012 testing.

In addition to violating the requirements of the Outer Continental Shelf Lands Act, Ship Shoal 225 and other **ERT** platforms were also being operated in violation of the Clean Water Act. Pursuant to the requirements of the Clean Water Act, **ERT** was required to conduct its production operations on its oil and gas platforms in the Gulf of Mexico in accordance with a NPDES permit, GMG 290000, which imposed limitations on discharges into the Gulf of Mexico. As required by the NPDES Permit Section I.B.4.a., **ERT** was prohibited from introducing into the Gulf of Mexico produced water in which the oil and grease content exceeded a daily maximum of 42mg/l and a monthly average of 29 mg/l.

In Spring 2014, **ERT** became suspicious that contract operators were manipulating the integrity of the overboard produced water samples at some of its platforms through filtering the sample through coffee filters or other similar means to ensure that **ERT** would not be found to be in violation of its Permit. Although the Discharge Monitoring Reports for the platforms from October 2012 through March 2014, showed that the platforms were not discharging oil and grease in excess of the permit requirements, when **ERT** began an investigation, the results of which it self-reported to the United States, and took the samples in accordance with the Permit requirements, multiple platforms were shown to be in violation of the monthly discharge allowances. From April 2014 through June 2014, discharge monitoring samples correctly taken by **ERT** showed multiple Gulf of Mexico platforms, including High Island 557A, South Marsh Island 107A, Ship Shoal 225, Ship Shoal 224A, East Cameron 346A, Eugene Island 302C, South Timbalier 63A, Vermilion 331A and 171A, to be discharging oil and grease in excess of their monthly allowance under the Permit.

On or about June 9, 2015, two contract operators on an **ERT** oil production platform in the Gulf of Mexico at platform Vermilion 195A were engaged in bleeding pressure from the production casing on a plugged well. Operators routinely encounter liquid, including pollutants such as well bore fluid, acid, and hydrocarbon/oil residue, when bleeding pressure from well casings, and therefore precautions against an unpermitted discharge into the Gulf of Mexico should be taken. On or about June 9, 2015, the two contract operators onboard VR 195A did not take any precaution against a discharge of pollutants when they began bleeding down the pressure from the production casing. The contract operators attached a hose to the valve from which the casing pressure was to be released and put the end of the hose at the edge of the platform, allowing well bore fluid mixed with hydrocarbons to shoot out over the Gulf of Mexico

falling into the water below. There was no permit for a discharge of these pollutants from this point source. **ERT** also self-reported this incident to the United States.

**READ AND APPROVED**

_____  
Energy Resource Technology GOM, LLC  
Defendant

1/6/2016  
Date

_____  
William Michael, Jr.  
Attorney for Defendant

1/6/2016  
Date

_____  
Dorothy Manning Taylor  
Attorney for Defendant

1/6/2016  
Date

_____  
Emily K. Greenfield La. Bar. 28587  
Assistant United States Attorney

1/6/2016  
Date